```
```

McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
Asst. United States Attorney
Federal Building, Rm. 3654
1130 "O" Street
Fresno, CA 93721
Telephone: (559) 498-7272

Attorneys for the
United States of America

FILED

SEP 2 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and STATE OF CALIFORNIA ex rel. LYNN D. COGDILL and BENJAMIN J. MOOK,<br><br>Plaintiffs,<br><br>v.<br><br>HCM HEALTHCARE, INC., and MERCED BEHAVIORAL HEALTH CENTER,<br><br>Defendants. | Case No. CIV-F-05-0081 REC DLB<br><br>[PROPOSED] ORDER |

**ORDER**

Relators Lynn D. Cogdill and Benjamin J. Mook having filed a notice of dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1); the United States having consented to the dismissal of this action, without prejudice to the United States, under Rule 41(a)(1); and the State of California having declined to intervene in this action, the Court rules as follows:

///

///

1     IT IS ORDERED THAT,

2     1. The complaint, the notice of dismissal, and this Order be unsealed;

    2. All other contents of the Court's file in this action remain under seal and not be made public;

    3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

    IT IS SO ORDERED.

DATED: Sept 2005

_____
The Honorable Robert E. Coyle
UNITED STATES DISTRICT JUDGE