UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and STATE OF CALIFORNIA, *ex rel,* etc., ) ) ) Plaintiff, ) ) v. ) ) HMC HEALTHCARE, INC., et al., ) ) Defendant ) ) | 1:05-CV-00081 OWW DLB  ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Pursuant to the request of the plaintiff, and with the consent of the United States as required by statute, this action is dismissed without prejudice.

Dated: July 14, 2006            /s/ OLIVER W. WANGER
                                _____
                                OLIVER W. WANGER
                                United States District Judge

1